FILED

05/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0247

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0247

_____

STATE OF MONTANA,

　　　　Plaintiff and Appellee,

v.　　　　　　　　　　　　　　　　　　　　　　　O R D E R

MICHAEL DAVID WILSON,

　　　　Defendant and Appellant.

_____

　　　　Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

　　　　The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael B. Hayworth, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 27 2020